**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| IN RE: | C/A No. 19-05090-HB |
|---|---|
| | Chapter 11 |
| Dream Big Restaurants, LLC, | **ORDER GRANTING CONTINUANCE** |
| Debtor(s). | |

**THIS MATTER** came before the Court upon the request of Debtor Dream Big Restaurants, LLC for a continuance of the hearing on the *Motion for Conditional Approval of Disclosure Statement and to Combine Hearings on Final Approval of the Disclosure Statement and Confirmation of the Proposed Plan of Liquidation*, currently scheduled for June 4, 2020, at 2:00 PM. Good cause for the continuance having been shown, the hearing on this motion is hereby rescheduled for **June 9, 2020, at 2:00 PM**. The continued hearing will be held by **telephone conference**. Any party wishing to participate may contact the Clerk's Office (803) 765-5436 at least **forty-eight (48) hour**s prior to the scheduled hearing and follow the automated prompts. If the matter remains contested and must proceed as scheduled, the parties shall inform the Court and provide an estimate for the length of the hearing at least **forty-eight (48) hours** prior to the scheduled date and time. You must also inform the court regarding contested matters in which parties are expecting to offer testimony or exhibits which are not subject to admission by stipulation.

**IT IS SO ORDERED.**

**FILED BY THE COURT**
**06/04/2020**



Chief US Bankruptcy Judge
District of South Carolina

Entered: 06/04/2020