UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Dream Big Restaurants, LLC<br><br><br>Debtor(s). | CHAPTER 11<br><br>CASE NO: 19-05090-HB<br><br>**Ballot for Accepting or Rejecting Plan of Reorganization** |

      Dream Big Restaurants, LLC filed a plan of reorganization dated June 12, 2020 (the *Plan*) for the Debtor in this case.  The Court has approved a disclosure statement with respect to the Plan (the Disclosure Statement).  The Disclosure Statement provides information to assist you in deciding how to vote your ballot.  If you do not have a Disclosure Statement, you may obtain a copy from Randy A. Skinner

    Skinner Law Firm, LLC

    300 North Main Street

    Suite 201

    Greenville, SC 29601.

    Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

    **You should review the Disclosure Statement and Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Your claim/equity interest has been placed in class \_\_\_\_ under the Plan.  If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

    **If your ballot is not received by the United States Bankruptcy Court, 1100 Laurel Street, Columbia, SC 29201-2423 on or before July 20, 2020, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

    **If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

*If the voter is the holder of a secured, priority, or unsecured nonpriority claim:*

The undersigned, the holder of a Class \_\_\_ claim against the Debtor in the unpaid amount of Dollars ($_____)

*If the voter is the holder of a bond, debenture, or other debt security:*

The undersigned, the holder of a Class \_\_\_ claim against the Debtor, consisting of Dollars ($_____) principal amount of _____
[describe bond, debenture, or other debt security] of the Debtor (For purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or un-matured interest.)

*If the voter is the holder of an equity interest:*

The undersigned, the holder of a Class ___ equity interest in the Debtor, consisting of _____ shares or other interests of _____ [describe equity interest] in the Debtor

*Check one box only*

☐ **Accepts the Plan**

☐ **Rejects the Plan**

Dated:_____

Print or type name: _____

Signature:        _____        Title (if corporation or partnership):_____

Address:        _____
               _____
               _____

**Return this ballot to**:

United States Bankruptcy Court
1100 Laurel Street
Columbia, SC 29201-2423