## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re: | Case No. 19-05090 |
| DREAM BIG RESTAURANTS, LLC., | In Proceedings Under Chapter 11 |
| Debtor. | Hon. Helen E. Burris |

### CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2020 I served the following:

- Order Confirming Debtor's Second Amended Combined Plan of Liquidation and Disclosure Statement and Approving Disclosure Statement [DN227] (the "Confirmation Order");

- Notice of Rejection of Executory Contracts (required by Section 16(g) of the Confirmation Order); and

- Notice Pursuant to Section 16(j) of the Confirmation Order (with Exhibits),

upon the parties listed below by First Class Mail:

Darnell Campbell
c/o Samuel Harms
Double Aught Injury Lawyers
33 Market Point Drive
Greenville, SC 29607

Tyrese R. Pruitt
357 Hillandale Road
Greenville, SC 29609

Ron M. Davis
c/o Robert F. Goings
Goings Law Firm LLC
1510 Calhoun Street
Columbia, SC 29201

John Dickson Malone
624 McDaniel
Greenville, SC 29605

{00863397.1}

Raymond Dillard
10 Dartmouth Drive
Piedmont, SC 29673

                              /s/ Janice M. Burns
                              JANICE M. BURNS
                              Schafer and Weiner, PLLC
                              40950 Woodward Ave., Ste. 100
                              Bloomfield Hills, MI 48304
                              (248) 540-3340
                              jstockdale@schaferandweiner.com
                              JOHN J. STOCKDALE (P71561)
                              Counsel or Debtor

**AND**

                              SKINNER LAW FIRM, LLC

                              /s/*Randy A. Skinner*
                              RANDY A. SKINNER
                              Local Counsel for the Debtor
                              300 North Main Street, Suite 201
                              Greenville, SC 29601
                              (864) 232-2007
                              rskinner@skinnerlawfirm.com
                              Fed ID No. 5412

Dated: August 17, 2020

{00863397.1}