# EXHIBIT A
# TO COMPLAINT

## Dream Big Restaurants, *LLC v. Samson Funding Corporation*

| Date | | Amount |
|---|---|---|
| 6/26/2019 | | $ 50.00 |
| 6/26/2019 | | $ 1,714.29 |
| 6/27/2019 | | $ 1,714.29 |
| 6/28/2019 | | $ 1,714.29 |
| 7/1/2019 | | $ 1,714.29 |
| 7/2/2019 | | $ 1,714.29 |
| 7/3/2019 | | $ 1,714.29 |
| 7/5/2019 | | $ 1,714.29 |
| 7/8/2019 | | $ 1,714.29 |
| 7/9/2019 | | $ 1,714.29 |
| 7/10/2019 | | $ 1,714.29 |
| 7/11/2019 | | $ 1,714.29 |
| 7/12/2019 | | $ 1,714.29 |
| 7/15/2019 | | $ 1,714.29 |
| 7/16/2019 | | $ 1,714.29 |
| 7/17/2019 | | $ 1,714.29 |
| 7/18/2019 | | $ 1,714.29 |
| 7/19/2019 | | $ 1,714.29 |
| 7/22/2019 | | $ 1,714.29 |
| 7/23/2019 | | $ 1,714.29 |
| 7/24/2019 | | $ 1,714.29 |
| 7/25/2019 | | $ 1,714.29 |
| 7/25/2019 | | $ 1,714.29 |
| 7/26/2019 | | $ 1,714.29 |
| 7/29/2019 | | $ 1,714.29 |
| 7/29/2019 | | $ 1,714.29 |
| 7/31/2019 | | $ 1,714.29 |
| | | |
| Total | | $ 44,621.54 |