**EXHIBIT A**
**TO COMPLAINT**

*Dream Big Restaurants, LLC v. World Global Capital LLC*

| | |
|---|---|
| 6/26/2019 | $ 13,055.00 |
| 7/03/2019 | $ 13,055.00 |
| 7/10/2019 | $ 13,055.00 |
| 7/17/2019 | $ 13,055.00 |
| 7/24/2019 | $ 13,055.00 |
| 7/31/2019 | $ 13,055.00 |
| | |
| Total | $ 78,330.00 |

6